UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM NATHANIEL WASHINGTON, | ) CASE NO. CV 16-8312-VAP (PJW) |
|---|---|
| Petitioner, | ) ORDER ACCEPTING REPORT AND |
| | ) ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) AND RECOMMENDATIONS OF UNITED |
| | ) STATES MAGISTRATE JUDGE, AND |
| ERIC ARNOLD, WARDEN, | ) DENYING CERTIFICATE OF |
| | ) APPEALABILITY |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Report and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of appealability is denied. *See* 28 U.S.C.

§ 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

DATED: March 23, 2018.

                                            */s/ Virginia A. Phillips*
                                            VIRGINIA A. PHILLIPS
                                            UNITED STATES DISTRICT JUDGE

O:\VAP\ECF Ready\2-LA16CV08312 VAP(PJW)-ORD-R&R.wpd