UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM NATHANIEL WASHINGTON, | ) | CASE NO. CV 16-8312-VAP (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| ERIC ARNOLD, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 23, 2018

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

O:\VAP\ECF Ready\3-LA16CV08312 VAP(PJW)-JUDGMENT-R&R.wpd